**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Tracy Peter Curtis
The Glenn Armentor Law Corp.
300 Stewart St.
Lafayette LA 70501

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on August 21, 2024 |

**REHEARING ACTION: August 21, 2024**

**Docket Number: 24   00038-CA**

**D. BELLARD**
**VERSUS**
**ABC INSURANCE COMPANY, ET AL.**

**Appealed from Lafayette Parish Case No. 2020-2391**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. D. Kent Savoie**
> **Hon. Charles G. Fitzgerald**
> **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Bellard** has this day been

> **DENIED.**

cc: John A. Milazzo, Jr., Counsel for the Appellee
    Tom S. Easterly, Counsel for the Appellee
    Shelby G. LaPlante, Counsel for the Appellee